USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

Daniel Nikac,
Sefkija Vucetovic,
Musa Gashi,
Liridon Gashi,
Adem Gjevukaj,
Miralem Ljuljanovic,

Defendants.

26-cr-113 (MKV)

ORDER DENYING REQUEST FOR BOND MODIFICATION

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter motion seeking to modify the conditions of Adem Gjevukaj's release pending trial. [ECF No. 50]. The conditions currently in place were "agreed upon" by the Parties, [ECF No. 41] ("Presentment Tr.") at 6:11, and accepted by Magistrate Judge Wang at Mr. Gjevukaj's presentment, Presentment Tr. at 7:24.

"When considering an application to modify a defendant's bail conditions, the Court considers the statutory standards applicable to the setting of bail." *United States v. Zuccaro*, 645 F.2d 104, 106 (2d Cir. 1981). These include the nature and circumstances of the offenses charged, the weight of the evidence against the defendant, the defendant's history and characteristics, and the nature and seriousness of the danger posed to the community. *See* 18 U.S.C. § 3142(g). "Courts in this district have found that judicial authorization to amend a release order under section 3142(c) arises where there is a changed situation or new information that warrants altered release conditions." *United States v. Bankman-Fried*, No. 22-cr-0673 (LAK), 2023 WL 1490417, at *2 (S.D.N.Y. Feb. 1, 2023) (citation modified).

Mr. Gjevukaj's three-paragraph letter does not make a showing adequate to justify alteration of the Parties' previously agreed-upon conditions. Accordingly, the motion is DENIED.

**SO ORDERED.**

**Date: August 26, 2026**
**New York, NY**

*Mary Kay Vyskocil*

**MARY KAY VYSKOCIL**
**United States District Judge**